UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO: United States Marshals Service
Greenbelt, Maryland

FROM: Judge Peter J. Messitte

RE: United States v. Timothy Jerome Cohen
Criminal No. PJM 14-69

DATE: May 20, 2016

* * *

The Court, having been advised that Defendant Timothy Jerome Cohen has surrendered to the Bureau of Prisons, hereby **WITHDRAWS** the Arrest Warrant (ECF No. 41) issued on May 18, 2016.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File